MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS  (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) ) | CASE NOS. CR 15-0138 EMC (WHA), & CR 15-0043 EMC  (WHA) |
|---|---|---|
| v. | ) ) ) | STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASES AND ADDING MATTER TO CALENDAR FOR CHANGE OF PLEA |
| ERWIN MACKEY, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. On April 27, 2015, *U.S. v. Erwin Mackey* (CR 15-0138) and *U.S. v. Erwin Mackey* (CR 15-0043) were reassigned to Judge Edward M. Chen for the purposes of hearing a selective prosecution motion.

2. The order stated that should a selective prosecution motion not be filed in any of the cases, the case was to be reassigned back to the transferor judge.

3. Erwin Mackey has decided to enter guilty pleas in both of the above-captioned cases.

4. Accordingly, the parties jointly request that both matters be transferred back to the

//

//

STIP. AND ORDER TRANSFERRING CASES AND ADDING TO CALENDAR
CR 15-0138 EMC & CR 15-0043 EMC
    1

Honorable Judge William H. Alsup and set for a change of plea hearing on July 28, 2015.

IT IS SO STIPULATED.

DATED: July 10, 2015

MELINDA HAAG
United States Attorney

/s/
SARAH HAWKINS
Assistant United States Attorney

DATED: July 10, 2015

/s/
SHAFFEY MOEEL
Counsel for Erwin Mackey

## [~~PROPOSED~~] ORDER

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that Case Nos. CR 15-0138 EMC and 15-0043 EMC be transferred back to the Honorable Judge William Alsup and added to calendar for a change of plea on July 28, 2015 at 2:00 p.m.

IT IS SO ORDERED.

DATED: July 13, 2015.

HON. WILLIAM H. ALSUP
United States District Judge

STIP. AND ORDER TRANSFERRING CASES AND ADDING TO CALENDAR
CR 15-0138 EMC & CR 15-0043 EMC

2