IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERWIN MACKEY,<br><br>Defendant.<br>_____ / | No. CR 15-0043 WHA<br>No. CR 15-0138 WHA<br><br><br>**NOTICE RE RECENTLY<br>RECEIVED LETTERS** |

    The Court is in receipt of two letters from offender Erwin Mackey requesting that the Court look into the status of his vehicles with the San Francisco Police Department. The offender is encouraged to consult with his lawyer, Attorney George Boisseau, regarding any issues with his vehicles.

Dated: January 4, 2016.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE